# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMGEN INC. AND AMGEN MANUFACTURING, LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOSPIRA, INC. AND PFIZER INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-01064-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 11, 2019 a true and correct copy of Defendants' Initial Invalidity Contentions was caused to be served on the following counsel of record as indicated below:

**VIA ELECTRONIC MAIL:**

Robert W. Whetzel
Katharine Lester Mowery
Tyler E. Cragg
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7634
whetzel@rlf.com
mowery@rlf.com
cragg@rlf.com

**VIA ELECTRONIC MAIL:**

John R. Labbe
Kevin M. Flowers
Mark H. Izraelewicz
Douglas G. Bolesch
Tina Ortman
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300
jlabbe@marshallip.com
kflowers@marshallip.com
Mizraelewicz@marshallip.com
dbolesch@marshallip.com
tortman@marshallip.com

Jen Gordon
Jennifer Wu
Nicholas Groombridge
Naz E.Wehrli
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212)373-3000
jengordon@paulweiss.com
jwu@paulweiss.com
ngroombridge@paulweiss.com
nwehrli@paulweiss.com

| | |
|---|---|
| OF COUNSEL: | CONNOLLY GALLAGHER LLP |
| | */s/ Arthur G. Connolly, III* |
| Dimitrios T. Drivas | Arthur G. Connolly, III (#2667) |
| John Scheibeler | Ryan P. Newell (#4744) |
| Alison Hanstead | The Brandywine Building |
| White & Case LLP | 1000 West Street, Suite 1400 |
| 1221 Avenue of the Americas | Wilmington, Delaware 19801 |
| New York, New York 10020 | Telephone: (302) 757-7300 |
| Telephone: (212) 819-8200 | Facsimile: (302) 757-7299 |
| Facsimile: (212) 354-8113 | aconnolly@connollygallagher.com |
| | rnewell@connollygallagher.com |
| | *Attorneys for Defendants Hospira, Inc. and Pfizer Inc.* |
| Dated: January 14, 2019 | |