

Katharine L. Mowery
302-651-7623
mowery@rlf.com

August 26, 2020

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street – Unit 28
Room 2325
Wilmington, DE 19801-3555

      Re:  *Amgen Inc. v. Hospira, Inc.*, C.A. No. 18-1064-CFC-CJB

Dear Judge Burke:

  The parties in the above-referenced matter write to request the scheduling of a teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on the following dates: July 1, 2020 and August 19, 2020.

| | |
|---|---|
| Delaware Counsel for Amgen: | Katharine L. Mowery (Richards, Layton & Finger, P.A.) |
| Delaware Counsel for Pfizer: | Arthur G. Connolly (on 8/19/20) (Connolly Gallagher LLP)<br>Stephanie Riley (on 7/1/2020) (Connolly Gallagher LLP) |
| Lead Counsel for Amgen: | Peter Sandel (Paul, Weiss, Rifkind, Wharton & Garrison LLP)<br>Naz Werhli (on 8/19/20) (Paul, Weiss, Rifkind, Wharton & Garrison LLP) |
| Lead Counsel for Pfizer: | Alison Hanstead (White & Case LLP) |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

The Honorable Christopher J. Burke
August 26, 2020
Page 2

> Kevin Georgek (on 7/1/2020) (White & Case LLP)
> Brigid Bone (White & Case LLP)
> Elizabeth Chang (White & Case LLP)

The dispute requiring judicial attention is listed below:

- Plaintiffs' motion to compel production of seven documents claimed by Defendants to contain or reflect privileged attorney-client communications and that Pfizer withheld from production or redacted on that basis.

Respectfully,

*/s/ Katharine L. Mowery*

Katharine L. Mowery (#5629)

cc:   All Counsel of Record (via CM/ECF and email)