## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 18-1064-CFC-CJB |
| HOSPIRA, INC. and PFIZER INC., | : : | **PUBLIC VERSION** |
| Defendants. | : : | |

## DECLARATION OF KEVIN J. GEORGEK
## IN SUPPORT OF PFIZER'S REPLY IN SUPPORT OF ITS MOTION
## FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
## OF THE ASSERTED CLAIMS OF U.S. PATENT NO. 9,643,997

I, Kevin J. Georgek, declare as follows:

1.    I am an attorney with the law firm of White & Case LLP, counsel for Defendants Hospira, Inc. and Pfizer Inc. in the above-captioned matter.  I have personal knowledge of the matters stated herein and, if called upon, could testify competently thereto.

2.    I have attached to this declaration true and correct copies of the following documents and excerpts, as cited in Pfizer's Reply in Support of its Motion for Summary Judgment of Noninfringement of the Asserted Claims of U.S. Patent No. 9,643,997.  Cited portions of the documents and excerpts listed below have been highlighted for emphasis:

| Exhibit | Description |
|---|---|
| U | aBLA No. 761080 Module 3.2.S.2.5 Process Validation and/or Evaluation, HOS-FILG-00004553-636 (different excerpts previously filed as Ex. J to the Declaration of K. Georgek, D.I. 210) |
| V | Executed Batch Record 3.2.R.1.S Filgrastim API-1455035, HOS-FILG-00001960-2406 (excerpts) |
| W | Deposition Transcript of Andrew Zydney, Ph.D., dated Feb. 5, 2020 (different excerpts previously filed as Ex. H to the Declaration of K. Georgek, D.I. 210) |
| X | Deposition Transcript of Alois Jungbauer, Ph.D., dated Feb. 4, 2021 (excerpts) |
| Y | Deposition Transcript of Roger A. Hart, Ph.D., dated Oct. 4, 2019 (different excerpts previously filed as Ex. D to the Declaration of K. Georgek, D.I. 210) |
| Z | Reply Expert Report of Andrew Zydney, Ph.D. Regarding Infringement by Pfizer of U.S. Patent No. 9,643,997, dated Jan. 15, 2020 (different excerpts previously filed as Ex. K to the Declaration of K. Georgek, D.I. 210) |
| AA | Deposition Transcript of Todd Przybycien, Ph.D., dated Feb. 11, 2021 (excerpts) |
| BB | Supplemental Reply Expert Report of Todd M. Przybycien, Ph.D., dated Jan. 25, 2021 (excerpts) |

2

| Exhibit | Description |
|---------|-------------|
| CC | Supplemental Reply Expert Report of Alois Jungbauer, Ph.D., dated Jan. 25, 2021 (excerpts) |
| DD | Amgen's First Supplemental Disclosure of Asserted Claims and Infringement Contentions, dated Oct. 11, 2019 (excerpts) |

3.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 10, 2021.

*/s/ Kevin J. Georgek*
Kevin J. Georgek

3