**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC. AND AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC. AND PFIZER INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1064-CFC-CJB<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited, and Defendants Hospira, Inc. and Pfizer Inc. hereby stipulate and agree, through their undersigned counsel, that all claims and counterclaims between the parties in this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

*/s/ Katharine L. Mowery*
Robert W. Whetzel (#2288)
Katharine Lester Mowery (#5629)
Tyler E. Cragg (#6398)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
mowery@rlf.com
cragg@rlf.com

*Attorneys for Amgen Inc. and Amgen Manufacturing, Limited*

Dated: September 1, 2021

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com

*Attorneys for Defendants Hospira, Inc. and Pfizer Inc.*

1

2

IT IS SO ORDERED this _____ day of _____, 2021.

_____
THE HONORABLE COLM F. CONNOLLY